A.

246233-1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 26 2011

JAMES W. McCORMACK, CLERK
By: _____
                            DEP CLERK

1

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHIPOTLE MEXICAN GRILL, INC.**
a Delaware Corporation                                            **PLAINTIFF**

V.                          **CASE NO. 4:10-CV-1976 BSM**

**CHIPOTLES GRILL OF JONESBORO, INC.**
an Arkansas Corporation, and **CHIPOTLES GRILL, INC.**
an Arkansas Corporation                                           **DEFENDANTS**

## CONSENT JUDGMENT

This Court, being duly advised that Defendants Chipotles Grill of Jonesboro, Inc. and Chipotles Grill, Inc. consent to a judgment in favor of Plaintiff Chipotle Mexican Grill, Inc., does hereby award judgment to Plaintiff Chipotle Mexican Grill, Inc. against Defendants Chipotles Grill of Jonesboro, Inc. and Chipotles Grill, Inc. as follows:

1. This Court has jurisdiction over the Defendants and the subject matter of the Complaint in this case.

2. Venue is proper in this Court.

3. The Parties have reached a settlement of this matter, which includes the terms set forth below.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:

A. The Court orders that the preliminary injunction imposed by Order dated June 9, 2011 is hereby made permanent. Defendants are ordered to permanently refrain from using the

trademark, service mark, trade name, logo, or any other identifying information such as "Chipotles," "Chipotles Grill," "Chipotles Mexican Grill," "Chipotles Grill Mexican Restaurante" or any other similar mark that would likely cause confusion between Defendant and Plaintiff.

B. The terms of the June 9, 2011 Order are incorporated herein by reference.

C. The Parties will each pay their own attorneys' fees and costs.

D. The Court retains jurisdiction to enforce the terms of the settlement agreement and/or consent judgment if needed.

IT IS SO ORDERED this 26th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY:

Kathryn Bennett Perkins, Arkansas Bar No. 92231
ROSE LAW FIRM, P.A.
120 East Fourth Street
Little Rock, AR 72201


APPROVED AS TO FORM AND SUBSTANCE:

Joe D. Calhoun, Arkansas Bar No. 85021
Rashuana A. Norment, Arkansas Bar No. 20087156
CALHOUN LAW FIRM
P.O. Box 251504
Little Rock, AR 72225